IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA LEE BRAUN                :    CIVIL ACTION
                                :
       v.                       :
                                :
ROBERT BRUCE BELLAIRS, JR.      :    NO. 13-3191
LISA MARIE BELLAIRS             :

O R D E R

AND NOW, this 17th day of June, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for the reasons discussed in the Court's Memorandum. The dismissal is without prejudice to plaintiff's ability to refile her state law claims in state court.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

/s/ James Knoll Gardner
JAMES KNOLL GARDNER, J.

FILED
JUN 18 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk